AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America <br> v. <br><br> Tracy Brian Schooling <br><br> *Defendant(s)* | Case No.  1:25-mj-015 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/1/2023 through 01/01/2025__ in the county of __Montgomery__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| T. 18, U.S.C., Section 2251(a) | Sexual Exploitaiton and Attempted Sexual Exploitation of a Child |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*

Chad Standard, SA
*Printed name and title*

Date: February 28, 2025

*Judge's signature*

City and state: Council Bluffs, Iowa

William P. Kelly, U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
11:31 am, Feb 28 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-mj-015 |
| v. | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| TRACY BRIAN SCHOOLING, | **FILED UNDER SEAL** |
| Defendant. | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent, Chad Standard, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I, Chad Standard, am a Special Agent for the Iowa Department of Public Safety, Division of Criminal Investigation (DCI), and I have been employed by DCI as such since July of 1998. I have successfully completed fifteen weeks of Law Enforcement Training at the Iowa Department of Public Safety Training Center. As part of my duties as a DCI agent, I investigate criminal violations relating to the production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. 2251, 2252, and 2252A. I have received training in the area of child pornography and child exploitation, including training from the Internet Crimes Against Children Task Force, and have had the opportunity to observe and review numerous examples of child pornography in all forms of media including computer media. As a part of my duties with the Iowa DCI, I often seek and execute arrest and search warrants supporting the Iowa Internet Crimes Against Children Task Force.

1


FILED
By: Clerk's Office, Southern District of Iowa
11:31 am, Feb 28 2025

I am making this sworn Affidavit in support of a criminal complaint against defendant, Tracy Brian Schooling.

2. The information set forth in this affidavit is based on my investigation of this matter, my knowledge, training, and experience, my own observations, information received from other law enforcement officers and/or witnesses, direct examination of relevant documents and/or Internet websites, and/or interviews with persons named in this affidavit.

## PROBABLE CAUSE

3. In July of 2024, Discord became aware of eight (8) video files which depicted child pornography that were uploaded and stored in Discord infrastructure by one of its users. The approximate dates Discord became aware of the files in question were July 10, 2024, and July 12, 2024. Discord identified the screen/user name in question as jayeur6296 and an ESP User ID: 1020756131724918875 with an associated phone number of (712) 370-0864.

4. In accordance with federal law, Discord reported this incident to the National Center For Missing and Exploited Children (NCMEC). NCMEC Cybertip report numbers 196399175, 196642167, and 196551443 were generated from the information that Discord provided.

5. From as early as July of 2024, Discord captured a cell phone number associated with the Discord account with the Screen/User Name: jayeur6296. This account contained eight (8) video files of suspected child pornography. The cell phone number (712) 370-0864 was determined to belong to U.S. Cellular and the area code

(712) is the telephone area code for western Iowa, including the cities of Council Bluffs, Sioux City, and Spencer.

6.  Cybertip report numbers 196399175, 196642167, and 196551443 were assigned to me on October 8, 2024. Upon receiving the Cybertip reports, I reviewed the information contained within them. I was able to determine that the eight (8) video files in question were uploaded by the Discord user account jayeur6296 and an ESP User ID: 1020756131724918875 with an associated phone number of (712) 370-0864, were viewed by a representative of Discord.

7.  I was also able to review the video files that were uploaded by the Discord user jayeur6296 and an ESP User ID: 1020756131724918875 with an associated phone number of (712) 370-0864. I determined that all eight of the video files appear to depict child pornography. I briefly described two of the eight video files, below:

> **Video 1**: This is an 18 second video. It depicts a white juvenile female approximately 8 to 10 years of age sitting on what appears to be a bed while performing oral sex on a white adult male. The juvenile female is topless wearing only underwear bottoms.
>
> **Video 2**: This is an 11 second video. It depicts a juvenile female approximately 8 to 10 years of age lying on her back on the floor. The juvenile female is wearing a t-shirt and she has her legs spread apart and pulled up towards her head with her underwear around her ankles exposing her genital area. The juvenile female is touching her genital area with her right hand.

8. On October 15, 2024, I served a State of Iowa search warrant on Discord for additional records and content related to the Discord account with screen/user name of jayeur6296 with the ESP User ID: 1020756131724918875 with an associated phone number *of (712) 370-0864*. A response was received from Discord on October 17, 2024, indicating that the Discord account is associated with the IP Address of 166.181.86.138 that was used to log in/upload to the Discord account containing child pornography. I reviewed two video files out of approximately ten videos of what appeared to be child pornography obtained from Discord's response to the Search Warrant. It should be noted that the videos described below appear to be the same videos that were previously described from the original Cyber-Tips.

**Video 1**: This is an 18 second video. It depicts a white juvenile female approximately 8 to 10 years of age sitting on what appears to be a bed while performing oral sex on a white adult male. The juvenile female is topless wearing only underwear bottoms.

**Video 2**: This is an 11 second video. It depicts a juvenile female approximately 8 to 10 years of age lying on her back on the floor. The juvenile female is wearing a t-shirt and she has her legs spread apart and pulled up towards her head with her underwear around her ankles exposing her genital area. The juvenile female is touching her genital area with her right hand.

9. Information from Discord indicated that the cell phone number (712) 370-0864 was associated with the Discord account containing 10 video files of child pornography. I conducted an open-source records check on the cell phone number of (712) 370-0864. It was discovered that the cell phone number (712) 370-0864 belongs

to U.S. Cellular. U.S. Cellular was served with a Pottawattamie County subpoena to identify the subscriber of the cell phone number (712) 370-0864 for the time period of January 1, 2024 through October 9, 2024. Information obtained from U.S. Cellular identified the subscriber of U.S. Cellular cell phone number (712) 370-0864 during the identified time period as being Tracy Schooling with a date of birth of XX/XX1974. U.S. Cellular also listed the customer email as schoolingtracy@gmail.com. The account was active as of July 31, 2019, through the date of the subpoena, October 9, 2024, for a Galaxy S21 Ultra 5G cell phone. The billing and primary address is listed as 206 W 5th St., Red Oak, IA 51566.

10. I conducted an open-source records check through the Montgomery County, Iowa, assessor site and learned that Tracy Schooling owns a residence located at 206 W 5th St., Red Oak, IA 51566.

11. I conducted a records check through the Iowa Department of Transportation on Tracy Brian Schooling. I found that Tracy Schooling, date of birth February 3, 1974, has a valid Iowa driver's license, number 719-XX-4980. This driver's license is connected to the address of 206 W 5th St., Red Oak, IA 51566. The Iowa Driver's license was issued on January 15, 2018.

12. I also conducted a records check through the Iowa Department of Transportation to determine what vehicles are registered in Iowa to Tracy Schooling. I determined there are two vehicles registered in Iowa to Tracy Schooling. The first vehicle is a maroon 1997, Dodge R1500 pick-up with Iowa license plate JUJ010. The second vehicle is a blue 1997, Dodge V25 conversion van with Iowa license plate

GSS804. Both vehicles are owned by Tracy Schooling and are associated with the address 206 W 5th St., Red Oak, IA 51566.

13. Additionally, I conducted an offline records check to determine what other individuals are connected to the address at 206 W 5th St., Red Oak, IA 51566. One other individual was identified. That individual was Julie Ray Perkins, date of birth XX/XX1966. Julie Perkins is on the land deed at 206 W 5th St., Red Oak, IA 51566.

14. On January 16, 2025, I conducted surveillance at 206 W 5th St., Red Oak Iowa, 51566. I obtained a description of the property, as well as photographs of it. The property is a single wide mobile home, with aluminum siding that is white in color with green trim on the top and bottom with black shutters, 206 "w5th" is seen on the west end of the trailer and the numbers "206" are in white located on a black mailbox in front of the trailer. I observed a maroon 1997, Dodge R1500 pick-up with Iowa license plate JUJ010, and a blue 1997, Dodge V25 conversion van with Iowa license plate GSS804 parked in a gravel driveway located at 206 W 5th St. in Red Oak, Iowa. These vehicles are registered to Tracy Schooling.

15. On January 27, 2025, I obtained a state search warrant for the address at 206 W 5th St, Red Oak Iowa, 51566 located in Montgomery County. On January 30, 2025, a search warrant was executed at 206 W 5th St, located in Red Oak Iowa. DCI Agent Robert Larsen, Nate Teigland, Brian Eyberg, Tyler Kotrous, Michael Kannas, Jon Salyers, Ryan Dudney, Garrett Clayton and I executed the search

warrant. Several items were seized as possible evidence in this case. A DCI Evidence Receipt was issued for the items seized.

16. On January 30, 2025, I conducted a non-custodial interview with Tracy Schooling, an adult male who resides at 206 W 5th St, located in Red Oak Iowa. Schooling confirmed his cell phone number is (712) 370-0864. Schooling advised that he has used Discord in the past. Schooling confirmed that he had a Discord account with the username of jayeur6296. Schooling indicated that he has sent and received videos and images containing child pornography. Schooling indicated that he viewed child pornography as recently as a couple of weeks ago.

17. Tracy Schooling admitted to possessing approximately two-hundred files of both images and videos depicting child pornography on his cell phone. Schooling stated that people sent him child pornography using Instagram and he didn't know who they were. Schooling explained that in addition to possessing the images and videos of child pornography he also distributed child pornography to two other people. Schooling indicated that he did not know who they were and he couldn't remember what platform he used to send them.

18. On Thursday, February 13, 2025, I, received the forensic report concerning the two cell phones that were seized from Tracy Schooling at the time of the search warrant. The forensic examination was conducted by Special Agent Erik Frampton.

19. EVD-1: Samsung S21 Galaxy Ultra 5G (SM-G998U) Smart Phone, IMEI: 359276661852247. Findings: During the examination of the Samsung Smart

7

Phone one (1) video file and over one hundred fifty (150) picture files of potential investigative interest were discovered, some of which appeared to be indicative of CSAM (relevant timestamps ranging from 10/2023 - 01/2025). It should be noted the aforementioned media files were located in the phone's default media folder as well as various cache folders. The username assigned to the phone is "Tracy Schooling." Various user accounts associated with "schoolingtracy@gmail.com" were identified. The phone's assigned number is "712-370-0864." It should be noted, the Samsung S21 Galaxy Ultra 5G (SM-G998U) Smart Phone is manufactured outside of the State of Iowa.

20.   EVD-2: Samsung S10E (SM-G970U) Smart Phone, IMEI: 352809100578226. Findings: During the examination of the Samsung Smart Phone over three hundred (300) video files and over two hundred (200) picture files of potential investigative interest were discovered, some of which appeared to be indicative of CSAM (relevant timestamps ranging from 10/2023 - 01/2025). It should be noted the aforementioned media files were located in the phone's default media folder as well as various cache folders. Eighteen (18) picture files that depict a female baby's vaginal area were also identified. It should be noted the exif data associated with said picture files indicate the pictures were taken on 08/10/2024 with two separate phone models (Samsung SM-G970U and Samsung SM-G998U). The picture files associated with the Samsung SM-970 phone contained longitude and latitude coordinates. According to Google Maps, said coordinates appeared to be in Red Oak, Iowa. The username assigned to the phone is "Tracy Schooling." Also identified were

various user accounts associated with "schoolingtracy@gmail.com." The local Discord user account as "jayeur6296" was also discovered. Various artifacts were discovered containing the following CSAM terms: "Loli" "Pedo" "Pizza" "Preteen" and "PTHC." It should be noted, the Samsung S10E (SM-G970U) Smart Phone is manufactured outside of the State of Iowa.

21. On Tuesday February, 18, 2025, I, conducted a non-custodial interview with Tracy Schooling, an adult male who resides at 206 W 5th St, located in Red Oak Iowa. During the interview, Schooling was shown two images of a prepubescent white female approximately 1-3 years of age to see if he could identify the unknown juvenile. Schooling stated that the juvenile female in the two images was Minor #1. Schooling stated that he takes care of Minor #1 once in a while. Schooling stated that he babysits Minor #1 at her mom's apartment and that her mom's name is Megan Abild. Schooling indicated that he has known Megan for a long time. Schooling stated that he does not babysit for Megan very often. Schooling indicated that he took pictures of Minor #1 while babysitting her at her mom's apartment located in Red Oak, in order to show a diaper rash. Schooling further identified his hand which was visible in the image of Minor #1. Schooling stated that he thought he took the pictures of Minor #1 around September of 2024. Schooling stated that he took a picture of Minor #1 laying on the ground nude, with her legs spread apart because they were probably just playing. Schooling further admitted that he took pictures of Minor #1's nude genital area with his hand touching the genital area because he wanted to show that the rash was about gone. Schooling admitted to taking several pictures of Minor #1

in which he is spreading her vagina apart with his fingers. Schooling stated that he was doing this in order to check for a yeast infection. Schooling stated that he took the pictures of Minor #1's genital area with his Samsung Ultra cell phone.

22. On Tuesday, February 18, 2025, at approximately 10:50 AM, I, Special Agent Chad Standard interviewed Megan Abild, the victim's mother, at the Montgomery County Memorial Hospital located in Red Oak, Iowa. This interview was in reference to an on-going ICAC investigation.

23. After briefly explaining the situation to Megan Abild, Abild was shown two images of a prepubescent white female approximately 1-3 years of age to see if she could identify the unknown juvenile. As I showed the images to Abild she said that's my daughter Minor #1. She also said it's Tracy Schooling. Abild stated that she recognized the hand that was holding her daughter as Tracy Schoolings' hand. Abild stated that Tracy Schooling is a family friend. Abild indicated that Schooling was friends with her dad and that her dad recently passed away. Abild said that Schooling usually babysat her daughter Minor #1 at her mom's house every other weekend. Abild stated that her mother was Janet Christensen and that she lives at 101 E. Grimes Street, in Red Oak.

24. Abild indicated that the last time Tracy Schooling babysat for her was on December 28, 2024. Abild verified that her daughter's name is Minor #1 and that her date of birth is XX/XX/2022. Abild stated that in one of the images she recognized a green blanket with blue ties on it that is located at her mother's residence in Red

Oak. Abild stated that Schooling would also babysit her daughter at her apartment located in Red Oak.

25. Abild stated that Minor #1's father is Aaron McGinnis and that he currently lives in Shenandoah. Abild stated that she did not know Aaron's date of birth, address or phone number.

## CONCLUSION

26. Based on the above, the undersigned believes that there is probable cause to believe that Tracy Brian Schooling was involved in the production, receipt, possession, and transportation of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252(a)(2), 2252(b)(1), 2252(a)(4)(B), 2252(b)(2), and 2252A(a)(1), 2252A(b)(1) in the Southern District of Iowa.

_Chad Standard_
Chad Standard
Special Agent
DCI/ICAC

Subscribed and sworn to before me by telephone or other reliable electronic means on this __28th__ day of February, 2025.

_William P. Kelly_
William P. Kelly
United States Magistrate Judge